Randall B. Bateman (USB 6482)
Perry S. Clegg (USB 7831)
C. Todd Kinard (USB 12575)
Sarah W. Matthews (USB 13295)
BATEMAN IP LAW GROUP, P.C.
257 East 200 South, Suite 750
Salt Lake City, Utah 84111
Tel: (801) 533-0320/Fax: (801) 533-0323
Email: mail@batemanip.com, rbb@batemanip.com, psc@batemanip.com, ctk@batemanip.com, sm@batemanip.com

Attorneys for Plaintiff,
Global Marketing Strategies, LLC

FILED
U.S. DISTRICT COURT
2011 DEC -9 A 11: 17
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| GLOBAL MARKETING STRATEGIES, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NAMECHEAP, INC., a Delaware corporation, d/b/a WHOISGUARD; DAN GOLDSTEIN; and DOES 1 through 5,<br><br>Defendants. | **ORDER**<br><br><br><br><br><br>Case No. 1:11-cv-00065-DB<br><br>Judge Dee Benson |

### ORDER

THE COURT, having considered Defendant, Namecheap, Inc.'s, Motion to Dismiss and memorandum in support thereof, Plaintiff's memorandum in opposition to the motion, and Namecheap, Inc.'s reply memorandum:

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is denied.

IT IS FURTHER ORDERED that Namecheap, Inc. shall have 14 days from the date of

this Order to file an Answer to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

DATED: __DEC 8__, 2011.

_Dee Benson_
Judge Dee Benson
United States District Court